

# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

pryorcashman.com

**MEMO ENDORSED**

**Joshua Zuckerberg**
Partner

Direct Tel: 212-326-0885
Direct Fax: 212-326-0806
JZuckerberg@pryorcashman.com

August 4, 2025

**VIA ECF**

Judge Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re: *O'Donnell v. Magazzino Italian Art Foundation et al.*
    Civil Action No. 7:25-cv-02918-JGLC

Dear Judge Clarke:

We represent Defendant Magazzino Italian Art Foundation, and individual Defendants Nancy Olnick, Giorgio Spanu, Ken Pollet, and Dianna Schulte (collectively, "Defendants") in the above-referenced matter. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases at 2(e), we write jointly with Plaintiff's counsel to request that the initial pretrial conference scheduled for August 14, 2025 at 2:30pm be adjourned until 30 days after Your Honor rules on Defendants' motion to compel arbitration. This is the first request that the parties have made to adjourn this conference. At this time, the parties do not have any other scheduled appearances before the Court.

We thank Your Honor for your time and consideration.

Respectfully,

*/s/ Joshua Zuckerberg*
Joshua Zuckerberg

Application GRANTED. The initial pre-trial conference currently scheduled for August 14, 2025 is ADJOURNED *sine die*. The Court will reschedule any such conference after ruling on the pending motion to compel arbitration at ECF No. 23. The Clerk of Court is respectfully directed to terminate ECF No. 30.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 6, 2025
       New York, New York